THE CARL FURST COMPANY, INC., and Another, Plaintiffs, v. C. & W. CONSTRUCTION CO., INC., Appellant, STATE OF NEW YORK and Another, Respondents, and Others, Defendants.—Action to foreclose a mechanic's lien against a public improvement. Order granting motion of the State of New York and Saratoga Springs Commission to strike out a second defense in the answer of defendant C. & W. Construction Co., Inc., affirmed, with ten dollars costs and disbursements. (Lien Law, §§ 45 and 60, as amended.) Young, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., not voting.

In the Matter of the Application of GEORGE DALESANDRO, Petitioner, against THOMAS W. HAMMOND, Commissioner of Sanitation, and Another, Respondents.— Certiorari to review the determination of the commissioner of sanitation and the trial commissioner in dismissing the petitioner. The determination is unanimously confirmed and the certiorari proceeding dismissed, with fifty dollars costs and disbursements. No opinion. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of, and Rehabilitate BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Located at the Southwest Corner of Montgomery Street and Albany Avenue, Borough of Brooklyn, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY. JOHN P. FLYNN and Another, Appellants; GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Respondent.— Interlocutory and final orders readjusting rights of certificate holders in a mortgage affirmed, with ten dollars costs and disbursements. No opinion. Young, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting.

In the Matter of the Petition of BERNHARD SACHS, Respondent, to Compel MOSES J. MENDELOWITZ and Others, Appellants, to Render and Settle Their Account as Executors of LENA SACHS, Deceased.— Decree of the Surrogate's Court of Kings county adjudging that the surviving spouse has a right of election under section 18 of the Decedent Estate Law unanimously affirmed, with costs, payable by appellants personally. No opinion. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ. [155 Misc. 233.]

In the Matter of WESTCHESTER TRUST COMPANY, in Liquidation. YONKERS NATIONAL BANK AND TRUST COMPANY, as Committee of the Estate of GEORGE J. EREKSON, an Incompetent, Appellant; WESTCHESTER TRUST COMPANY, Respondent.— Order denying the petitioner's motion to compel the Westchester Trust Company, in liquidation, to pay to the committee alleged trust funds in different amounts affirmed, without costs. It does not appear from the record that the petitioner has followed the procedure prescribed by sections 72–76 of the Banking Law, as amended, and it is, therefore, unable to maintain an action or proceeding of this nature. Scudder, Tompkins, Davis and Johnston, JJ., concur; Lazansky, P. J., not voting.